DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.J. FISHER,**
Appellant,

v.

**BANK OF AMERICA CORPORATION,**
Appellee.

No. 4D22-113

[February 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502011CA005579.

Patrick W. Maraist of Maraist Law Firm, P.A., North Palm Beach, for appellant.

Emily Y. Rottmann of McGuireWoods, LLP, Jacksonville, Ava E. Lias-Booker of McGuireWoods, LLP, Baltimore, MD, and Robert Muckenfuss of McGuireWoods, LLP, Charlotte, NC, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***